**Motion for En Banc Reconsideration Denied and Dissenting Opinions on Order filed September 14, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-01066-CR**
**NO. 14-18-01067-CR**
_____

**ELONDA CALHOUN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1545108 and 1545140**

---

## ORDER DENYING EN BANC RECONSIDERATION

The motion for en banc reconsideration filed by appellant Elonda Calhoun is **DENIED**.  _See_ Tex. R. App. P. 41.2, 49.7; _see also Pinto Tech. Ventures, L.P. v. Sheldon_, 526 S.W.3d 428, 436 (Tex. 2017) (noting that an "evenly divided en banc panel denied reconsideration").

/s/     Ken Wise
        Justice


En banc court consists of Chief Justice Christopher and Justices Wise, Jewell, Zimmerer, Spain, Hassan, Poissant, and Wilson. (Justice Bourliot not participating).

Justices Zimmerer, Spain, Hassan, and Poissant voted to grant en banc reconsideration.

Justice Zimmerer filed a dissenting opinion.

Justice Spain filed a dissenting opinion, in which Justice Zimmerer joined.